# Bonner v. The State.

APPEAL from Madison Circuit Court.

Tried before the HON. H. C. SPEAKE.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny.  The judgment of conviction is affirmed.  Opinion by McCLELLAN, J.